IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA L. STINGLEY,<br><br>               Plaintiff,<br><br>  vs.<br><br>PATRICK R. DONAHOE, Postmaster General of the United States of America,<br><br>               Defendant. | 4:12CV3232<br><br>PROTECTIVE ORDER |

      Upon consideration of the Stipulation for Entry of Protective Order (Filing 17),

IT IS HEREBY ORDERED:

      1.     Documents contained within the files of the Postal Service or its current and former employees, which may contain information that is relevant to disputed facts alleged with particularity in the pleadings or needed in the pursuit of this case from Defendant, related to Plaintiff's claims, shall be released to Plaintiff and her counsel, and be protected from further disclosure by Plaintiff and her counsel in this case.

      2.     The information described in Paragraph 1 above will be provided to the Plaintiff and her counsel for use in this litigation. Plaintiff and her counsel will treat the information as confidential, and shall not disclose the information or use the information for any purpose other than presenting this lawsuit, without further order of the Court. Plaintiff and her counsel will not disclose any information obtained from Defendant throughout this case to any third parties not directly involved with this lawsuit as a party or witness.

      3.     Defendant is allowed to redact social security numbers, employee identification numbers, and dates of birth of employees other than Plaintiff.

4.     Plaintiff and her counsel will destroy the information within 60 days after completion of the litigation.

DATED this 15th day of May, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE