IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA L. STINGLEY, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK R. DONAHOE, Postmaster General of the United States of America; <br><br> Defendant. | 4:12CV3232 <br><br> MEMORANDUM AND ORDER |

IT IS ORDERED that the plaintiff's unopposed motion, (Filing No. 24), is granted, and the final progression order is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial are

    For the plaintiff(s):      October 1, 2013
    For the defendant(s):      November 1, 2013

2) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):      November 1, 2013
    For the defendant(s):      December 2, 2013

September 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge