## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MONICA L. STINGLEY,

Plaintiff,

vs.

PATRICK R. DONAHOE, Postmaster
General of the United States of America;

Defendant.

**4:12CV3232**

**PROTECTIVE ORDER**

IT IS ORDERED:

1) The parties' stipulation for entry of a protective order, (Filing No. 33), is granted.

2) A mutually agreed upon date and time will be reserved for Plaintiff and her counsel to visit and photograph work areas of the Hampton Post Office in Hampton, Nebraska, to investigate and photograph certain work areas of the Post Office for use in this litigation. Plaintiff and her counsel will treat the photographs and information obtained as confidential, and shall not disclose the photographs and information or use the photographs and information for any purpose other than presenting this lawsuit, without further order of the Court. Plaintiff and her counsel will not disclose any photograph or information obtained from Defendant throughout this case to any third parties not directly involved with this lawsuit as a party or witness.

3) Plaintiff and her counsel agree to destroy any such photographs and information within 60 days after completion of the litigation.

November 19, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge
