IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MONICA L. STINGLEY,

    Plaintiff,

vs.

PATRICK R. DONAHOE, Postmaster General of the United States of America;

    Defendant.

4:12CV3232

MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's unopposed Motion to Extend Discovery Deadline, (Filing No. 37).

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 10, 2014.

2) The deposition deadline is January 10, 2014.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 17, 2014.

Dated this 6th day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge