IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MONICA L. STINGLEY,

        Plaintiff,

vs.

PATRICK R. DONAHOE, Postmaster General of the United States of America;

        Defendant.

4:12CV3232

**PROTECTIVE ORDER**

With the plaintiff's consent,

IT IS ORDERED:

1) The defendant's motion for protective order, (Filing No. 38), is granted.

2) Mark Tylkowski's medical records, as requested by the plaintiff through written discovery, and the information within those records, shall be treated as confidential and not disclosed or used for any purpose other than presenting this lawsuit, without further order of the Court.

3) Except as required by Federal law, Mark Tylkowski's medical records, including all copies made, shall be returned to the medical provider or destroyed at the end of the litigation by the Plaintiff.

4) If the records must be filed with the court for the purposes of this case, they shall be filed as restricted access documents.

December 13, 2013.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge